

IN THE
TENTH COURT OF APPEALS

_____

No. 10-19-00328-CV

IN RE JULIE THURMAN

_____

Original Proceeding

MEMORANDUM OPINION

The petition for writ of mandamus filed by Julie Thurman is denied. *See* TEX. R.

APP. P. 58(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition denied
Opinion delivered and filed September 19, 2019
[OT06]

